STEINHEIMER *et al. v.* JONES.

LITTLE, J. The Supreme Court has no jurisdiction to review an order made by a judge of the superior court appointing a notary public and ex-officio justice of the peace for a named district, on the recommendation of the grand jury of the county in which such district is situated. The statute imposes the duty of making such appointments on the judge, not on the superior court. See *Albea* v. *Watts*, 114 *Ga.* 149, and cases cited.

*Writ of error dismissed. All the Justices concurring.*

Argued November 14, — Decided December 12, 1901.

*F. D. Dismuke, J. W. Schell,* and *R. L. Berner,* for plaintiffs.
*J. W. Wise* and *John F. Methvin,* for defendant.